**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| MICHAEL ALEXANDER, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CERTEGY CHECK SERVICES, INC.,<br><br>Defendant. | Case No.:  8:16-cv-00859-EAK-JSS |

**NOTICE OF STIPULATED VOLUNTARY DISMISSAL WITH PREJUDICE**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, Plaintiff, Michael Alexander, and Defendant, Certegy Check Services, Inc., hereby stipulate to a voluntary dismissal of all claims in the above-captioned case against Defendant, WITH PREJUDICE, with each party to bear their own costs and fees.  The Parties request that the Court close the case and remove it from the docket.

Dated: March 29, 2017                                                       Respectfully submitted,

| | |
|---|---|
| /s/ John A. Yanchunis<br>John A. Yanchunis (FL Bar No. 324681)<br>*jyanchunis@forthepeople.com*<br>Marcio W. Valladares (FL Bar No. 986917)<br>*mvalladares@forthepeople.com*<br>Patrick A. Barthle (FL Bar No. 99286)<br>*pbarthle@forthepeople.com*<br>**MORGAN & MORGAN**<br>**COMPLEX LITIGATION GROUP**<br>201 N. Franklin Street, 7th Floor<br>Tampa, Florida, 33602<br>Telephone: (813) 223-5505 | /s/ David M. Gettings<br>DAVID M. GETTINGS (admitted *pro hac vice*)<br>david.gettings@troutmansanders.com<br>JOHN C. LYNCH (admitted *pro hac vice*)<br>john.lynch@troutmansanders.com<br>**TROUTMAN SANDERS LLP**<br>222 Central Park Avenue, Suite 2000<br>Virginia Beach, Virginia 23462<br>Tel: 757-687-7765<br><br>and |

30864021

| | |
|---|---|
| Fax: (813) 222-4738<br><br>and<br><br>Steven W. Teppler (DC Bar No. 445259)<br>*steppler@abbottlawpa.com*<br>Brittany R. Ford (FL Bar No. 0117718)<br>*bford@abbottlawpa.com*<br>**Abbott Law Group, P.A.**<br>2929 Plummer Cove Road<br>Jacksonville, FL 32223<br>Telephone: (904) 292-1111<br>Facsimile: (904) 292-1220<br><br>*Counsel for Plaintiff, Michael Alexander* | AMY L. DRUSHAL, Florida Bar No. 0546895<br>adrushal@trenam.com / lbehr@trenam.com<br>WILLIAM A. MCBRIDE, Florida Bar No. 112081<br>wmcbride@trenam.com / lbehr@trenam.com<br>**TRENAM, KEMKER, SCHARF, BARKIN, FRYE, O'NEILL & MULLIS, P.**A.<br>101 E. Kennedy Blvd., Suite 2700<br>Tampa, FL 33602<br>Tel: 813-227-7463<br><br>*Counsel for Defendant, Certegy Check Services, Inc.* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 29, 2017, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to all attorneys of record in this matter.

/s/ John A. Yanchunis

30864021